# Corporations Division

## Business Entity Summary

ID Number: 001364022         **Request certificate**    **New search**

Summary for: PINK SAND PRESS, LLC

| | |
|---|---|
| **The exact name of the Domestic Limited Liability Company (LLC):** | PINK SAND PRESS, LLC |
| **Entity type:** | Domestic Limited Liability Company (LLC) |
| **Identification Number:** | 001364022 |
| **Date of Organization in Massachusetts:** | 01-15-2019 |
| **Date of Involuntary Dissolution by Court Order or by the SOC:** 06-30-2021 | **Last date certain:** |

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address:

City or town, State, Zip code, Country:

**The name and address of the Resident Agent:**

Name:    GEORGE N. TOBIA, JR

Address:    125 SUMMER ST.

City or town, State, Zip code, Country:    BOSTON,  MA  02110  USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | STEVEN GRISHMAN | PO BOX 51 SWAMPSCOTT, MA 01907 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | STEVEN GRISHMAN | P.O. BOX 51 SWAMPSCOTT, MA 01907 USA |
| SOC SIGNATORY | GEORGE N. TOBIA, JR | 125 SUMMER ST BOSTON, MA 02110 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | STEVEN GRISHMAN | P.O. BOX 51 SWAMPSCOTT, MA 01907 USA |

☐ Consent    ☐ Confidential Data    ☐ Merger Allowed    ☐ Manufacturing

**EXHIBIT 1**

**View filings for this business entity:**

