IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| MARCI CLARK,<br>    Plaintiff,<br><br>vs.<br><br>DAVID GRISHMAN, REDROCK LITERARY, INC. and PINK SAND PRESS, LLC,<br>    Defendants. | No. 4:21-cv-392<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Marci Clark, pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses all causes of action in the First Amended Complaint against Defendants David Grishman, RedRock Literary, Inc., and Steven Grishman without prejudice.

No defendant has filed an answer to the Complaint or First Amended Complaint, nor has any defendant filed a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(A) is therefore appropriate.

                                        Respectfully submitted,

Dated: January 24, 2022                 **ZARLEY LAW FIRM, P.LC.**

                            By:   /s/Timothy J. Zarley
                                  Timothy J. Zarley, AT0008650
                                  400 Locust Street, Capital Square Suite 200
                                  Des Moines, IA 50309-2350
                                  Telephone:  (515) 558-0200
                                  Facsimile:  (515) 558-7790
                                  tzarley@zarleylaw.com
                                  **ATTORNEY FOR PLAINTIFF**